# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:06CR48 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **JULIO PLACENCIA-CHAVEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' motion to dismiss. Pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal of the Indictment against the Defendant, Julio Placencia-Chavez.

IT IS ORDERED that the government's motion to dismiss (Filing No. 14) is granted.

DATED this 2nd day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge